IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00197-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID EISELE,

    Defendant.

---

## ORDER

---

    Defendant's Motion to Leave Jurisdiction (Doc No. 37) is GRANTED.

    Defendant may leave the State of Colorado between the dates of December 18, 2007 and December 21, 2007 to travel to the State of Nevada.  Further, the Defendant may travel to the State of Arizona between the dates of December 27, 2007 and December 31, 2007.

    Dated December 18, 2007 at Denver, Colorado.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                    JUDGE LEWIS T. BABCOCK
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF COLORADO