**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00197-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DAVID EISELE,

       Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE OF THE UNITED STATES**

---

     Upon report of the probation officer that the defendant has requested foreign travel and remains in compliance with the conditions of supervised release, it is

     **ORDERED** that the defendant, DAVID EISELE, be allowed to travel to Empalmo, Sonora, Mexico from January 9, 2011, through January 16, 2011.

     **DATED** at Denver, Colorado, this __17th__ day of December, 2010.

                            BY THE COURT:

                            __s/Lewis T. Babcock__
                            Lewis T. Babcock
                            Senior United States District Judge