IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00197-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID EISELE,

        Defendant.

---

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

---

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, DAVID EISELE, be allowed to travel to Empalmo, Sonora, Mexico from June 4, 2011, through June 19, 2011.

        **DATED** at Denver, Colorado, this 26th day of May, 2010

        BY THE COURT:

        _/s/ Lewis T. Babcock_
        Lewis T. Babcock
        Senior United States District Judge