**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00197-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID EISELE,

        Defendant.

_____

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**
_____

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, DAVID EISELE, be allowed to travel to San Carlos, Sonora, Mexico from May 24, 2012, through May 28, 2012.

        **DATED** at Denver, Colorado, this ___11th___ day of May, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
Lewis T. Babcock
Senior United States District Judge